(eff. 3/10)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Joseph Ead

    v.                                                            CA 14-335ML

Central Portfolio Control, Inc.


### **STANDARD RULE 16(b) SCHEDULING CONFERENCE NOTICE**

    A Rule 16(b) pretrial scheduling conference regarding the above case will be held before United States District Judge **Mary M. Lisi** in Chambers (third floor Room 310) on **Thursday, September 11, 2014 at 10:00 a.m.**

    In order to facilitate an informed discussion of the merits of the case and the prospect for settlement, lead counsel are required to confer <u>prior</u> to that time for the following purposes (pursuant to counsel's obligations under Fed. R. Civ. P. 26(f)):

    1.    Exchanging relevant information and documents;

    2.    Identifying the facts that are in dispute;

    3.    Identifying the legal issues;

    4.    Identifying as precisely as possible the nature of the discovery contemplated by each party;

    5.    Exploring the possibility of settlement before substantial expenditures of time and money are made;

    6.    Possible referral to ADR (Alternative Dispute Resolution) in the form of a mandatory Settlement Conference before a Magistrate Judge or a conference with the ADR Administrator (the ADR Summary can be found at http://www.rid.uscourts.gov/adr.asp ).

    In addition, at least seven (7) days prior to the conference, counsel for each party asserting a claim (including a

counterclaim and/or cross-claim) shall <u>electronically file</u> a written statement no longer than three (3) pages in length which summarizes the facts of the case and identifies any legal issues which may arise.

Trial counsel(including counsel admitted *pro hac vice*) must attend the conference, unless previously excused by the presiding judge, and should be prepared to discuss each of the aforementioned subjects.

**Counsel are instructed to notify the clerk for the undersigned judge if counsel for any party has been omitted from the list of counsel receiving this notice**.

/s/John Duhamel
Deputy Clerk
**August 18, 2014**


**Notice Sent To:**

**Daniel G. Ruggerio, Esq.**
**Laura A. Otenti, Esq.**